IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:* <br><br> *Gaston, et. al v. The Islamic Republic of Iran, No. 18-cv-12337, Gaston, et. al. v. Kingdom of Saudi Arabia, No. 18-12338, Johnson, et al. v. The Islamic Republic of Iran, 18-cv-12344, Johnson, et. al. v. Kingdom of Saudi Arabia, No. 18-cv-12346, Rodriguez, et. al. v. The Islamic Republic of Iran, No. 18-cv-12347, Rodriguez, et. al. v. Kingdom of Saudi Arabia, No. 18-cv-12348, Knight et. al. v. The Islamic Republic of Iran, No. 18-cv-12398, Knight, et. al. v. Kingdom of Saudi Arabia, No. 18-cv-12399, Desimone v. The Islamic Republic of Iran, No. 21-07679, Desimone v. Kingdom of Saudi Arabia, No. 17-00348* | |

### [PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION

The Motion of David J. Dickens for admission to practice Pro Hac Vice before this Court in the above-captioned cases is GRANTED. David J. Dickens has declared that he is a member of good standing of the bar of the District of Columbia, and that his contact information is as follows:

> David J. Dickens
> The Miller Firm, LLC
> 108 Railroad Avenue
> Orange, VA 22960
> Tel: 540-672-4224
> Fax: 540-672-3055
> ddickens@millerfirmllc.com

David J. Dickens having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above-captioned actions:

IT IS HEREBY ORDERED that David J. Dickens is admitted to practice Pro Hac Vice in the above-captioned cases in the United States District Court for the Southern District of New York. All

1

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys

Dated: _____

                                          SARAH NETBURN
                                          United States Magistrate Judge