UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:

*Gaston et al v. Islamic Republic of Iran 18-cv-12337 (GBD)(SN)*

### [PROPOSED] DEFAULT JUDGMENT

Upon consideration of the amended motion for default judgment on behalf of Plaintiffs Beatrice Gaston, individually and as Personal Representative of the Estate of Betsy Martinez, Francis Gaston, Maria Gaston, Georgina Gaston, and Ariel Martinez, together with the entire record in this case, it is hereby;

**ORDERED** that the motion is granted; and it is

**ORDERED** that default judgment is entered on behalf of Plaintiffs listed in exhibit A to the attorney declaration in *Gaston et al v. Islamic Republic of Iran 18-cv-12337* against the Islamic Republic of Iran; and it is

**ORDERED** that Plaintiffs are awarded solatium, economic, and pain and suffering damages in the amount listed on Exhibit A, and at a later date may seek punitive damages; and it is

**ORDERED** that partial final judgment is not binding on any defendant besides the Islamic Republic of Iran; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually, running from September 11 2001 until the date of judgment, in the amount of $_____; and it is

**ORDERED** that all other plaintiffs in the above-captioned action who were not previously awarded damages may submit in later stages motions and applications for pain and suffering, solatium and/or economic damages awards that will be approved on the same basis as currently approved in prior filings.

Dated:   New York, New York                              SO ORDERED:
         _____, 2023

                                                         _____

                                                         SARAH NETBURN
                                                         UNITED STATES MAGISTRATE JUDGE