```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Gaston, et al. v. The Islamic Republic of Iran, No. 18-cv-12337

    Plaintiffs in Gaston, et al. v. The Islamic Republic of Iran, No. 18-cv-12337 ("Gaston"), filed this amended motion for default judgment against Iran after the Court raised issues with their prior motion. See ECF Nos. 8830 (prior motion, denied at ECF No. 9205), 9199 (current motion).[1] Like its predecessor, this motion cannot be adjudicated because no Clerk's certificate of default has been issued. See ECF No. 9174 (raising identical issue with the Gaston Plaintiffs' motion at ECF No. 8830); Loc. Civ. R. 55.2 (permitting parties to seek default judgments after a Clerk's certificate of default is issued); Elec. Case Filing R. & Instructions 16.1 ("A Clerk's Certificate of Default is required before seeking a default judgment.").

    The Gaston Plaintiffs' motion is therefore denied; they may re-file once the Clerk of Court has issued a certificate of default as to Iran in Gaston, No. 18-cv-12337. Counsel is directed to review Local Civil Rules 55.1 and 55.2 and Section 16 of the District's Electronic Case Filing Rules.

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

The Clerk of Court is respectfully directed to terminate the open motions in No. 03-md-01570 at ECF No. 9199, and <u>Gaston</u>, No. 18-cv-12337 at ECF No. 82.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   September 21, 2023
         New York, New York

2