IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*Gaston, et al. v. The Islamic Republic of Iran, No. 18-cv-12337* | |

**ORDER ON PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Upon consideration of Plaintiffs' motion to permit the substitution of the proper party to correct a duplication in the Complaint; it is hereby

ORDERED that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case, and it is

ORDERED that the Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of this plaintiff to the case listed above in the Court's ECF and docketing system.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10868 in 03-md-1570 (GBD)(SN) and ECF No. 126 in 18-cv-12337(GBD)(SN).

April ___, 2025

_____
SARAH NETBURN
United States Magistrate Judge

1