# EXHIBIT J

Joseph Viscuso

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
| This document relates to: <br> *Gaston, et al. v. The Islamic Republic of Iran* | 18-cv-12337 (GBD)(SN) <br> ECF Case |

### DECLARATION OF JOSEPH VISCUSO

I, Joseph Viscuso, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than eighteen (18) years of age and I have personal knowledge of and am competent to testify to the matters stated in this declaration. I was a citizen of the United States on September 11, 2001 and I remain so today.

2. On September 11, 2001, I was present in the World Trade Center (WTC) in New York City when the terrorist attacks occurred.

3. I was on my way to work as a commodities clerk/assistant commodities broker with Scott Nash on the morning of September 11, 2001. I had just stepped into the revolving doors on the first floor entering the WTC when the elevator doors in the lobby blew off and an enormous fireball shot out. I was propelled backward by the blast at least ten to twenty feet into the air. I laid on the ground where I landed, singed, and covered with ash, and saw people around me who were on fire, screaming, and others who had been killed. I do not know how long I lay there. At one point a firefighter entering the building told me to stay there, help was on the way. The second tower was hit and I could feel the building I was in begin to shake. I could not breathe due to the smoke and ash. I knew I had to get out and away from the building. I thought I had broken my back, but I was able to crawl to an escalator and make my way out of the building through the

1

Merrill Lynch side. As I lay on the pavement outside the WTC, the building began to collapse. I do not know how I survived.

4. I somehow managed to get to my feet and began walking aimlessly away from the WTC. I could not see where I was going. A friend from work saw me and helped me. He took me to his home near St. Vincent's Hospital where his wife worked as a nurse. He called her and she came home to examine me and treat me. I was in pain, my back hurt, I was covered with ash, I could not breathe, and I was traumatized by what I had witnessed. I remember crying all that first night after the attacks. I could not understand why I was still alive. My memory is not completely clear, but I believe I stayed at my friend's house for a day or two after 9/11.

5. The Monday following 9/11, I was required to go back to work. The Commodity Exchange was open so I had to work. The building where I worked was surrounded by buildings that were still on fire and smoldering. Although we were told that the air quality was good, we were given paper masks to wear to protect us from the smoke, chemicals, and whatever else was in the air we were breathing. I continued to work for two more years. I was never the same after 9/11, mentally or physically, and I have not been able to work at any occupation since 2004.

6. Although I was experiencing health problems related to what happened on and after 9/11 from exposure to the toxins in Lower Manhattan, I did not immediately apply to the World Trade Center Health Program (WTCHP). I first applied to the WTCHP in either 2004 or 2005 or later. I have continued to be monitored by the program since I first applied.

7. The WTCHP has certified me for treatment for four of the five conditions that are routinely found in those of us who were there, at Ground Zero, on and after 9/11. I have been certified for chronic obstructive pulmonary disease, gastroesophageal reflux disease, obstructive

sleep apnea, and post-traumatic stress disorder. The only thing I have not yet been diagnosed with is cancer.

8. To say that my life was ruined by the attacks on 9/11 is not an understatement. I can no longer work, I cannot walk a single block without stopping, I am continually short of breath, I am required to wear a CPAP machine to sleep, and I suffer from recurrent nightmares from which I awaken in a pool of sweat, screaming and/or crying. I can no longer take care of myself and my daily needs. I am on disability. I have a nurse who attends to me seven days a week, five hours a day.

9. Many years following the evaluation of my medical conditions by the WTCHP, I pursued a claim with the VCF and was found eligible for compensation for chronic obstructive pulmonary disease and related physical conditions and obstructive sleep apnea. A true and correct copy of the VCF eligibility determination letter documenting the physical injuries I suffered as the result of the attacks on 9/11 is submitted with this declaration as part of this exhibit.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 23rd day of July, 2025.

Declarant Joseph Viscuso



**September 11th Victim Compensation Fund**

April 14, 2020

JOSEPH VISCUSO



Dear JOSEPH VISCUSO:

The September 11th Victim Compensation Fund ("VCF") previously sent you an Eligibility determination letter on April 10, 2020 explaining the outcome of the review of your claim. Your claim number is VCF0085981. The letter included a list of condition(s) deemed eligible for compensation. You then amended your claim to add one or more new conditions.

The VCF has considered your amended claim and reviewed the new information you provided. This letter sets forth the revised eligibility determination and supersedes and replaces the previous letter.

## The Decision on your Claim

Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, you have been found eligible for the injuries listed below. *This list includes all injuries for which you have been found eligible.*

- CHRONIC OBSTRUCTIVE PULMONARY DISEASE UNS AND RELATED PHYSICAL CONDITIONS: OBSTRUCTIVE SLEEP APNEA ADULT PEDIATRIC

Please note that there are several reasons why an injury that you think should be eligible is not listed above. For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.

## What Happens Next

You submitted the Compensation portion of your claim form. The VCF will contact you if additional information is needed in order to calculate your award. **If you believe your new condition(s) changes your compensation claim,** you should amend your claim. For example, if your new condition is the reason you are not able to work, you should provide that

P.O. Box 34500, Washington, D.C. 20043
VCF0085981EL0414201C

WTC Health Program
PO Box 7002
Rensselear, NY 12144



Joseph Viscuso



Re: 911S11872

05/13/2020

**Dear Joseph Viscuso:**

This letter is to inform you that after reviewing medical information provided by the Nationwide Provider Network (NPN), the World Trade Center (WTC) Health Program has certified the following health condition(s) as covered for treatment benefits:

| Date of Certification | Condition Category on List of WTC-Related Health Conditions* | Certification Category or Injury |
|---|---|---|
| 4/10/2020 | Gastroesophageal Reflux Disease (Gerd) | Gastroesophageal Reflux Disease Please Contact your WTC Physician for Specific Information |

* As listed in the James Zadroga 9/11 Health and Compensation Act of 2010 and/or 42 C.F.R. § 88.15

Our records also indicate that you are currently certified for the following health condition(s) as covered for treatment benefits:

| Date of Certification | Condition Category on List of WTC-Related Health Conditions* | Certification Category or Injury |
|---|---|---|
| 9/21/2018 | Mental Health | Please Contact your WTC Physician for Specific Information |
| 11/5/2019 | New-onset COPD | Obstructive Airway Disease Please Contact your WTC Physician for Specific Information |

* As listed in the James Zadroga 9/11 Health and Compensation Act of 2010 and/or 42 C.F.R. § 88.15

In addition, the following health condition(s) medically associated with your WTC-related health condition(s) have also been certified as covered for treatment benefits:

| Date of Certification | Condition Category on List of WTC-Related Health Conditions* | Medically Associated Condition |
|---|---|---|
| 12/23/2019 | Medically Associated to New-onset COPD | Obstructive sleep apnea |

This program is administered by the National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention, and U.S. Department of Health and Human Services

\* As listed in the James Zadroga 9/11 Health and Compensation Act of 2010 and/or 42 C.F.R. § 88.15

**The WTC Health Program will only provide payment for medically necessary treatment(s) authorized by your WTC Health Program physician for your certified health condition(s) by a WTC Health Program participating provider.**

If you would like more information or believe that a health condition is missing, incorrect, or should be removed, please discuss this with the Nationwide Provider Network (NPN) at 877-498-2911. If the information in this letter is correct, no further action is necessary.

If you have any other questions, you may contact the WTC Health Program at 1-888-982-4748 Monday through Friday, 9 AM to 5 PM (Eastern Time Zone).

Sincerely,

*[signature]*

John Howard, M.D.,
Administrator, World Trade Center Health Program
Copy to: Director, Clinical Center of Excellence