# EXHIBIT B

# Gaston Personal Injury Plaintiffs

Personal & Latent Injuries - (description)

| | Claimant | | | | | Claim Information | | | Pain & Suffering Damages | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Documentation | Prior Award | Amount |
| 1 Mark | | Bernheimer | | US | NY | 18cv12237 | 18cv12237 at Allegation 5 of Appendix 1 | | | | $7,000,000 |
| 2 David | | Blacksberg | | US | NY | 18cv12237 | 18cv12237 at Allegation 6 of Appendix 1 | | | | $7,000,000 |
| 3 Carlos | | Fraga | | US | NY | 18cv12237 | 18cv12237 at Allegation 25 of Appendix 1 | | | | $7,000,000 |
| 4 Christopher | | Kelly | | US | NY | 18cv12237 | 18cv12237 at Allegation 57 of Appendix 1 | | | | $7,000,000 |
| 5 Marianne | | Kelly | | US | NY | 18cv12237 | 18cv12237 at Allegation 58 of Appendix 1 | 10873 | | | $7,000,000 |
| 6 Basilio | | Stewart | | US | NY | 18cv12237 | 18cv12237 at Allegation 69 of Appendix 1 | | | | $7,000,000 |
| 7 James | | Toledo | | US | NY | 18cv12237 | 18cv12237 at Allegation 72 of Appendix 1 | | | | $7,000,000 |
| 8 Thomas | | Vairo | | US | NY | 18cv12237 | 18cv12237 at Allegation 78 of Appendix 1 | | | | $7,000,000 |
| 9 Joseph | | Viscuso | | US | NJ | 18cv12237 | 18cv12237 at Allegation 82 of Appendix 1 | | | | $7,000,000 |
| 10 Tracy | | Young | | US | NY | 18cv12237 | 18cv12237 at Allegation 96 of Appendix 1 | | | | $7,000,000 |