UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:                                                                  03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                                    **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

    Rodriguez, et al. v. Islamic Republic of Iran, 18-cv-12347 (GBD)(SN)

    Gaston, et al. v. Islamic Republic of Iran, 18-cv-12337 (GBD)(SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 17, 2024, the Plaintiffs listed in Exhibit A, B and C move for entry of partial final default judgment against Defendant the Islamic Republic of Iran. It is ORDERED that the motion for judgment by default against Iran on behalf of Plaintiffs listed in Exhibits A, B and C is GRANTED and judgments as to liability are entered in favor of all Plaintiffs listed in Exhibits A, B and C against Iran; and it is ORDERED that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibits A, B and C against the Islamic Republic of Iran; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000.00 per estate, as set forth therein; and it is ORDERED that the Plaintiffs identified in Exhibits B and C are awarded solatium damages as set forth therein; and it is ORDERED that the Plaintiffs receiving pain and suffering identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED that the Plaintiffs receiving solatium damages identified in Exhibits B and C are awarded prejudgment interest of

4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A, B and C may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that Plaintiffs not appearing in Exhibits A, B or C may submit in later stages applications for damages awards to the extent they have not done so already.

**Dated:** New York, New York

      August 6, 2025

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** _____

**Deputy Clerk**

# Exhibit A

Estates

| Plaintiff | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Amount |
| 1 | Alessandra | | Benedetti | Paul | | Benedetti | | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 4, appendix 1 | | $2,000,000 |
| 2 | Sara | | Lefkowitz | Stephen | | Lefkowitz | | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 57, appendix 1 | | $2,000,000 |
| 3 | John | | Martin | Teresa | | Martin | | US | 9/11/01 | VA | 18cv12347 | 1 at allegation 59, appendix 1 | | $2,000,000 |
| 4 | Neil | | Shatzoff | Kathryn | | Shatzoff | | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 69, appendix 1 | | $2,000,000 |

Page 1 of 1

# Exhibit B

Solatium

| Plaintiff | | | | 9/11 Decedent | | | | | | | Claim Information | | Solatium Damages | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Relationship | Amount |
| Rosa | | Jimenez | US | Luis | | Jimenez | Jr. | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 50, appendix 1 | Parent | $ 8,500,000.00 |
| Alonso | | Salvatierra | US | Luis | | Jimenez | Jr. | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 68, appendix 1 | Sibling | $ 4,250,000.00 |
| John | | Martin | US | Teresa | | Martin | | US | 9/11.01 | VA | 18cv12347 | 1 at allegation 59, appendix 1 | Spouse | $ 12,500,000.00 |

# Exhibit C

Solatium

| Plaintiff | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Amount |
| Beatrice | | Gaston | US | Betsy | | Martinez | | US | 9/11/01 | NY | 18cv12337 | 1 at allegation 30, appendix 1 | | Sibling | $ 4,250,000.00 |
| Frances | | Gaston | US | Betsy | | Martinez | | US | 9/11/01 | NY | 18cv12337 | 1 at allegation 31, appendix 1 | 10125 | Sibling | $ 4,250,000.00 |
| Maria | | Gaston | US | Betsy | | Martinez | | US | 9/11/01 | NY | 18cv12337 | 1 at allegation 34, appendix 1 | | Sibling | $ 4,250,000.00 |
| Ariel | | Martinez | US | Betsy | | Martinez | | US | 9/11/01 | NY | 18cv12337 | 1 at allegation 62, appendix 1 | | Child | $ 8,500,000.00 |